UNITED STATES BANKRUPTCY COURT    :
DISTRICT OF NEW JERSEY    :

Brian F. O'Malley, Esq. (BFO'M 9802)

Brian F. O'Malley, Esquire
Attorney at Law
44 Princeton Avenue
Bricktown, N.J. 08724
(732) 262-5300
Attorney for the Petitioners

| | | |
|---|---|---|
| | : | |
| | : | |
| IN RE: | : | Case Number 11-30690 |
| | : | |
| **MARK J. MUSECK,** | : | Judge Raymond T. Lyons, JBC |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | NOTICE OF MOTION FOR AUTHORIZ- |
| | : | ATION OF SALE OF REAL ESTATE |
| | : | **Return Date 10/02/12** |
| | | **at 9 a.m.** |

TO:  Clerk, United States Bankruptcy Court
P.O. Box 1568
402 East State Street
Trenton, New Jersey  08607

All Creditors

Albert Russo
Standing Chapter 13 Trustee
1 AAA Drive, Suite 101
Robbinsville, N.J. 08691-1803

PLEASE TAKE NOTICE THAT, the undersigned will make application before The Honorable Raymond T. Lyons, J.B.C., at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08607, on **Tuesday, October 2, 2012, at  9 a.m.**, or as soon thereafter as counsel may be heard, for an Order as follows:

1.   Authorizing the sale of the debtor's jointly owned residential real estate at 1221 Leone Drive, Brick, N.J.;

2.   Authorizing the payment of real estate commissions totaling $15,450.00, to be divided between Diane Turton Realtors, Brick, and Crossroads Realty, Wall, from the proceeds of the sale;

3.   Authorizing payment of legal fees in the amount of $750.00 to Brian F. O'Malley from the proceeds of the sale;

4.   Authorizing distribution of one half the net sale proceeds to the Debtor's non-Debtor spouse, Christine Museck;

5.   Authorizing distribution of up to $20,915.00 of the net sale proceeds, representing the debtor's exempt equity, from the sale proceeds;

6.   For such other relief as the court deems equitable and just.

In support of this Motion, the undersigned will rely on the attached Certification of the Debtor. The issues raised  in this Motion are not complex, and no brief is necessary in the opinion of the undersigned.


_____
BRIAN F. O'MALLEY, ESQUIRE
Attorney for Debtor

Dated:  9/3/12